AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kelley, Jr., Walter D | USDC - E.D. Va | 08/16/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination, Date<br>☐ Initial  ☒ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2005 to 12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 600 Granby Street, Suite 329<br>Norfolk, VA 23510 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. General Partner | Limited Partnership #1 |
| 2. Manager | LLC #1 |
| 3. Manager | LLC #2 |
| 4. Manager | LLC #3 |
| 5. Trustee | Trust #1 |
| 6. Trustee | Trust #2 |
| 7. Trustee | Trust #3 |
| 8. Trustee | Trust #4 |
| 9. Trustee | Trust #5 |
| 10. Director | Norfolk Botanical Garden Foundation |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2001-2005 | Troutman Sanders LLP 401(k) and 401(a) Plans, no control (rolled over to independent plan April 2005) |
| 2. | |
| 3. | |

RECEIVED 2006 AUG 17 A 10: 46 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Jr., Walter D | 08/16/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | Regent University (teaching) | $ 4500.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Jr., Walter D | 08/16/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Merrill Lynch | Margin Loan (paid off March 05) | K |
| 2. SouthTrust Line of Credit | Unsecured Line of Credit | K |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Jr., Walter D | 08/16/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TRUST #5 | G | Dividend | P1 | T | | | | | |
| 2. -CMA Tax-Exempt Fund (fka ML Cash Reserves) | | | | | | | | | |
| 3. -Clear Media Ltd. | | | | | | | | | |
| 4. -AES Corp. | | | | | | | | | |
| 5. -American Tower Corp. | | | | | | | | | |
| 6. -Autozone Inc. | | | | | | | | | |
| 7. -Cincinnati Bell Inc. | | | | | | | | | |
| 8. -Crown Holdings Inc. | | | | | | | | | |
| 9. -Fairfax Finl Holdings Ltd. | | | | | Sell | 11/14 | J | | Loss |
| 10. -Gladstone Coml Corp. | | | | | | | | | |
| 11. -Laidlaw Intl Inc. | | | | | | | | | |
| 12. -Liberty Media Corp | | | | | Buy | 10/11 | J | | |
| 13. -MGI Pharma Inc. | | | | | | | | | |
| 14. -Markel Corp. Holding Co. | | | | | | | | | |
| 15. -Massey Energy Co. | | | | | Sell | 8/02 | K | D | |
| 16. -Massey Energy Co. | | | | | Sell | 8/02 | J | D | |
| 17. -Micros Sys Inc. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Jr., Walter D | 08/16/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. -Pioneer Natural Resources Co. | | | | | | | | | |
| 19. -Saga Communications Inc. | | | | | | | | | |
| 20. -Waste Management Inc. | | | | | Sell | 2/18 | K | E | |
| 21. -Wellpoint Inc. fka Anthem Inc. | | | | | | | | | |
| 22. -Wells Fargo & Co. | | | | | | | | | |
| 23. -Hanover County Wtr & Swr Bonds | | | | | | | | | |
| 24. -Manassas VA Municipal Bond | | | | | | | | | |
| 25. -Virginia State Public School Authority Bond | | | | | | | | | |
| 26. -Arlington County VA Public Improvement Bond | | | | | | | | | |
| 27. -Richmond VA Public Utility Bond | | | | | | | | | |
| 28. -American Capital World Groth & Income Fund | | | | | | | | | |
| 29. -American Cap Inc. Bldr. Fund | | | | | | | | | |
| 30. -American Washington Mut Investors Fund | | | | | | | | | |
| 31. -ML Basic Value Fund | | | | | | | | | |
| 32. -American High Income Municipal Bond Fund | | | | | Sell | 12/27 | J | A | |
| 33. -Marsh & McLennan Cos | | | | | Buy | 3/04 | K | | |
| 34. -Echostar Comunications Cl | | | | | Buy | 03/21 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Jr., Walter D | 08/16/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Tyco Intl Ltd New | | | | | Buy | 11/21 | K | | |
| 36. -Discovery Hldg Co (aka Liberty Media Corp) | | | | | Spinoff | 6/31 | | | |
| 37. TRUST #2 | F | Dividend | P1 | T | | | | | |
| 38. -CMA Tax-Exempt Fund (fka ML Cash Reserves) | | | | | | | | | |
| 39. -Ford Motor Credit Bonds | | | | | | | | | |
| 40. -GMAC Bonds | | | | | | | | | |
| 41. -Virginia Beach VA Development Authority Health Care Bond | | | | | | | | | |
| 42. -Richmond VA Metro Authority Expressway Bond | | | | | | | | | |
| 43. -Norfolk IDA Bond | | | | | | | | | |
| 44. -Henrico Co. Municipal Bond | | | | | | | | | |
| 45. -Newport News Municipal Bond | | | | | | | | | |
| 46. -Virginia State Public School Authority Bond | | | | | | | | | |
| 47. -Virginia State Public Bldg. Bond | | | | | | | | | |
| 48. -Virginia Multi Family Housing Bond | | | | | | | | | |
| 49. -Fairfax County Public Improvement Bond | | | | | | | | | |
| 50. -Virginia State Public Bldg. Authority Bond | | | | | Redemption | 8/01 | M | C | |
| 51. -Ricmond Municipal Bond | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Jr., Walter D | 08/16/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Virginia Port Authority Bond | | | | | | | | | |
| 53. -AMB Property Corp. (REIT) | | | | | Sell | 8/26 | J | D | |
| 54. -AMB Property Corp. (REIT) | | | | | Sell | 12/27 | K | D | |
| 55. -Hospitality PPTYS Trust (REIT) | | | | | | | | | |
| 56. -Pepco Holdings Inc. Common Stock | | | | | Sell | 2/10 | J | C | |
| 57. -Pub. Svc. Enterprise Group Common Stock | | | | | Sell | 8/26 | L | E | |
| 58. -Wachovia Common Stock (fka SouthTrust Corp.) | | | | | | | | | |
| 59. -American Cap. Bldr. Fund | | | | | Buy | 8/26 | K | | |
| 60. -American High Income Municipal Bond Fund | | | | | | | | | |
| 61. -Archstone Smith Trust (REIT) | | | | | Sell | 8/26 | K | D | |
| 62. -Vornado Realty Trust (REIT) | | | | | Sell | 8/26 | L | E | |
| 63. -ChevronTexaco Corp | | | | | Buy | 2/10 | K | | |
| 64. -GMH Communities Tr | | | | | Buy | 8/26 | K | | |
| 65. -Eaton Vance Floating Rate Fund | | | | | Buy | 9/01 | J | | |
| 66. -MFS Emerging Markets Debt Fund | | | | | Buy | 9/01 | J | | |
| 67. -Pimco All Asset Fund | | | | | Buy | 9/01 | K | | |
| 68. -Pimco Real Return Bond Fund | | | | | Buy | 9/01 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Jr., Walter D | 08/16/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Loomis Sayles Strategic Income Fund | | | | | Buy | 9/01 | K | | |
| 70. -American Bond Fund of America | | | | | Buy | 9/01 | K | | |
| 71. -American Cap World Bond Fund | | | | | Buy | 9/01 | K | | |
| 72. TRUST #3 | G | Dividend | P1 | T | | | | | |
| 73. -ML Cash Reserves | | | | | | | | | |
| 74. -American Capital World | | | | | | | | | |
| 75. -American Euro Pacific Growth Fund | | | | | | | | | |
| 76. -American Small Cap Fund | | | | | | | | | |
| 77. -American Fundamental Income Fund | | | | | | | | | |
| 78. -American New Perspective Fund | | | | | Sell | 4/20 | J | A | |
| 79. BROKERAGE ACCOUNT #1 | C | Dividend | N | T | | | | | |
| 80. -ML Cash Reserves | | | | | | | | | |
| 81. -American Tower Corp. Common Stock | | | | | Sell | 3/09 | J | D | |
| 82. -AES Corp. Common Stock | | | | | Sell | 3/17 | J | D | |
| 83. -Crown Holdings Inc. Common Stock | | | | | Sell | 3/17 | J | | |
| 84. -Cincinnati Bell Inc. Common Stock | | | | | Sell | 3/17 | J | | Loss |
| 85. -Massey Energy Co. Common Stock | | | | | Sell | 3/17 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. -MGI Pharma Inc. Common Stock | | | | | Sell | 3/17 | J | B | |
| 87. -Markel Corp. Common Stock | | | | | Sell | 3/17 | J | B | |
| 88. -Mercantile Bank Shares Common Stock | | | | | Sell | 3/17 | K | | |
| 89. -Micros Systems Inc. Common Stock | | | | | Sell | 3/09 | J | D | |
| 90. -Pioneer Natural Res. Common Stock | | | | | Sell | 3/17 | J | C | |
| 91. -PMA Capital Corp. Common Stock | | | | | Sell | 3/17 | J | | |
| 92. -Waste Management Inc. Common Stock | | | | | Sell | 3/17 | J | C | |
| 93. -The Phoenix Companies Inc. Common Stock | | | | | | | | | |
| 94. 401(k) #1 | F | Dividend | P1 | T | | | | | |
| 95. -AES Corp. | | | | | | | | | |
| 96. -American Tower Corp. | | | | | | | | | |
| 97. -Autozone Inc. | | | | | Sell | 4/14 | L | | Loss |
| 98. -Cincinnati Bell Inc. | | | | | | | | | |
| 99. -Clear Media Limited | | | | | | | | | |
| 100. -Crown Holdings Inc. | | | | | | | | | |
| 101. -Fairfax Finl Holdings Ltd. | | | | | Sell | 11/14 | K | | Loss |
| 102. -Gladstone Coml Corp. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Jr., Walter D | 08/16/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -IPC Holdings Ltd. | | | | | | | | | |
| 104. -Laidlaw Intl Inc. | | | | | Sell | 11/22 | L | E | |
| 105. -Liberty Media Corp. | | | | | Buy | 10/11 | K | | |
| 106. -MGI Pharma Inc. | | | | | | | | | |
| 107. -Markel Corp. Holdg Co. | | | | | | | | | |
| 108. -Massey Energy Co. | | | | | Sell | 8/02 | L | E | |
| 109. -Massey Energy Co. | | | | | Sell | 8/24 | K | E | |
| 110. -Micros Sys Inc. | | | | | | | | | |
| 111. -PMA Cap Corp. | | | | | | | | | |
| 112. -Precision Auto Care Inc. | | | | | | | | | |
| 113. -Saga Communications Inc. | | | | | | | | | |
| 114. -Wachovia Corp. (fka SouthTrust Corp.) | | | | | Sell | 4/14 | L | E | |
| 115. -Waste Management Inc. | | | | | Sell | 2/18 | K | C | |
| 116. -Wellpoint Inc. (fka Anthem) | | | | | | | | | |
| 117. -Wells Fargo & Co. | | | | | Sell | 4/14 | K | B | |
| 118. -Fidelity Cash Reserves (fdrxx) | | | | | | | | | |
| 119. -Marsh & McLennan Cos | | | | | Buy | 3/04 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Jr., Walter D | 08/16/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Echostar Communications Cl | | | | | Buy | 3/21 | L | | |
| 121. -Carmax Inc. | | | | | Buy | 5/25 | K | | |
| 122. -Pioneer Natural Resources Co | | | | | Buy | 8/22 | L | | |
| 123. -NUCO2 Inc. | | | | | Buy | 11/17 | K | | |
| 124. -Clear Channel Outdoor Hldgs Inc. | | | | | Buy | 12/02 | K | | |
| 125. -Discovery Hldg Co (aka Liberty Media Corp) | | | | | Spinoff | 6/31 | | | |
| 126. LIMITED PARTNERSHIP #1 | D | Dividend | L | T | | | | | |
| 127. -Dominion Res. Inc. | | | | | Sell | 7/28 | J | D | |
| 128. -Dominion Res. Inc. | | | | | Sell | 12/15 | K | D | |
| 129. -First Industrial Realty Trust | | | | | Sell | 7/28 | K | C | |
| 130. -First Industrial Realty Trust | | | | | Sell | 12/15 | K | D | |
| 131. -Mills Corp. | | | | | Sell | 7/28 | J | D | |
| 132. -Precision Auto Care Inc. | | | | | | | | | |
| 133. -Note Receivable (American Recovery Services LLC) | | | | | | | | | |
| 134. LLC #2 | | | | | | | | | |
| 135. -SouthTrust Bank Account | | | | | Closed 2004 | | | | |
| 136. -Accounts Receivable | | None | M | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Jr., Walter D | 08/16/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Note Receivable (William C. McKnew) | E | Interest | M | U | | | | | |
| 138. LLC #1 | | | | | | | | | |
| 139. -Note Receivable (American Recovery Services) | | None | J | U | | | | | |
| 140. -Wachovia Bank Account (fka SouthTrust) | A | Interest | J | T | | | | | |
| 141. LLC #3 | | | | | | | | | |
| 142. -Wachovia Bank Account (fka SouthTrust) | A | Interest | J | T | | | | | |
| 143. -Note Receivable (KMK Factoring, LLC) | | None | J | U | | | | | |
| 144. TRUST #1 | A | Interest | J | T | | | | | |
| 145. -Wachovia Bank Account (fka SouthTrust Bank) | | Interest | | | | | | | |
| 146. -Prudential Whole Life Policy | D | Dividend | M | T | | | | | |
| 147. -Mass Mutual Whole Life Policy | D | Dividend | M | T | | | | | |
| 148. IRA #1 | D | Dividend | L | T | | | | | |
| 149. -Retirement Reserves Cl (fka ML Cash Reserves) | | | | | | | | | |
| 150. -American Euro Pacific Growth Fund | | | | | Sell | 3/30 | J | | Loss |
| 151. -American Small Cap World Fund | | | | | Sell | 3/30 | J | A | |
| 152. -American Growth Fund | | | | | Buy | 3/30 | J | | |
| 153. -ML Basic Value Fund | | | | | Sell | 3/30 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Jr., Walter D | 08/16/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -ML Focus Value Fund | | | | | Sell | 3/30 | K | B | |
| 155. -Delaware American Services Fund | | | | | Buy | 3/30 | J | | |
| 156. -Pimco Real Return Bond Fund | | | | | Buy | 3/30 | J | | |
| 157. -Lord Abbett Research Fund | | | | | Buy | 3/30 | J | | |
| 158. -AIM Real Estate Fund | | | | | Buy | 3/30 | J | | |
| 159. -Calvert Income Fund | | | | | Buy | 3/30 | J | | |
| 160. IRA #2 | A | Dividend | J | T | | | | | |
| 161. -Retirement Reserves Cl (fka ML Cash Reserves) | | | | | | | | | |
| 162. -ML Basic Value Fund | | | | | | | | | |
| 163. -ML Eurofund | | | | | | | | | |
| 164. -ML Fundamental Growth Fund | | | | | | | | | |
| 165. -ML Intl Value Fund | | | | | | | | | |
| 166. -ML Large Cap Core Fund | | | | | Sell | 4/13 | J | A | |
| 167. -Ml Large Cap Core Fund | | | | | Sell | 7/13 | J | A | |
| 168. -ML Large Cap Core Fund | | | | | Sell | 10/11 | J | A | |
| 169. -ML Pacific Fund | | | | | | | | | |
| 170. -ML Small Cap Growth Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | S =Assessment | | | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -ML Value Opp Fund | | | | | | | | | |
| 172. -ML Bond Fund High Inc | | | | | | | | | |
| 173. -ML Bond Fund Core Bond | | | | | | | | | |
| 174. -ML Low Duration Fund | | | | | | | | | |
| 175. 401(k) #2 | D | Dividend | L | T | | | | | |
| 176. -Wachovia Fund | | | | | Sell | 4/05 | L | C | |
| 177. -ML Retirement Reserves | | | | | Buy | 4/11 | J | | |
| 178. -Hartford Growth Opportunities | | | | | Buy | 4/11 | J | | |
| 179. -Hartford Growth Opportunities | | | | | Sell | 10/20 | J | A | |
| 180. -Scudder Dreman High Return Eqty Fund | | | | | Buy | 4/11 | J | | |
| 181. -Scudder Dreman High Return Eqty Fund | | | | | Buy | 9/14 | J | | |
| 182. -AIM Basic Value Fund | | | | | Buy | 4/11 | J | | |
| 183. -AIM Basic Value Fund | | | | | Sell | 9/14 | J | A | |
| 184. -Delaware Emerging Mkts Fund | | | | | Buy | 4/11 | J | | |
| 185. -Delaware Emerging Mkts Fund | | | | | Sell | 7/07 | J | A | |
| 186. -Fidelity Adv Overseas Fund | | | | | Buy | 4/11 | J | | |
| 187. -Franklin Small Cap Fund | | | | | Buy | 4/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Jr., Walter D | 08/16/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -Franklin Small Cap Fund | | | | | Sell | 10/20 | J | | |
| 189. -Nations Marsico Focused Equity Fund | | | | | Buy | 4/11 | J | | |
| 190. -Thornburg International Value Fund | | | | | Buy | 4/11 | J | | |
| 191. -Thornburg International Value Fund | | | | | Sell | 10/20 | J | A | |
| 192. -Janus Mid Cap Value Inv Fund | | | | | Buy | 4/11 | J | | |
| 193. -Janus Mid Cap Value Inv Fund | | | | | Sell | 10/20 | J | A | |
| 194. -AIM International Growth Fund | | | | | Buy | 4/11 | J | | |
| 195. -AIM International Growth Fund | | | | | Sell | 9/14 | J | A | |
| 196. -Lord Abbett Affiliated Fund | | | | | Buy | 4/11 | J | | |
| 197. -Lord Abbett Alliliated Fund | | | | | Sell | 10/20 | J | A | |
| 198. -ML Basic Value Fund | | | | | Buy | 4/11 | J | | |
| 199. -ML Basic Value Fund | | | | | Sell | 9/14 | J | Loss | |
| 200. -Oppenheimer Capital Appreciation Fund | | | | | Buy | 4/11 | J | | |
| 201. -Templeton Developing Markets Trust | | | | | Buy | 7/07 | J | | |
| 202. -Davis New York Venture Fund | | | | | Buy | 9/14 | J | | |
| 203. -Columbia Marsico Focused Eqty Fund (fka Nations Marsico) | | | | | Buy | 9/14 | J | | |
| 204. -Columbia Marsico Focused Equity Fund | | | | | Sell | 10/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Jr., Walter D | 08/16/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -Ivy Global Natural Resourced Fund | | | | | Buy | 10/20 | J | | |
| 206. -Neuberg & Bermn Genesis Trust | | | | | Buy | 10/20 | J | | |
| 207. TRUST #4 | D | Dividend | L | T | | | | | |
| 208. -ML Cash Reserves | | | | | | | | | |
| 209. -Putnam Mid Cap Value Fund | | | | | Sell | 3/22 | K | D | |
| 210. -Putnam International Equity Fund | | | | | Sell | 3/22 | K | A | |
| 211. -Putnam Growth Opps. Fund | | | | | Sell | 3/22 | J | A | |
| 212. -Putnam Income Fund | | | | | Sell | 3/22 | K | A | |
| 213. -ML Small Cap Growth Fund | | | | | Buy | 3/29 | J | | |
| 214. -ML Small Cap Growth Fund | | | | | Sell | 5/17 | J | | Loss |
| 215. -ML Large Cap Core Fund | | | | | Buy | 3/29 | K | | |
| 216. -ML Large Cap Core Fund | | | | | Sell | 5/17 | J | | Loss |
| 217. -ML Fundamental Growth | | | | | Buy | 3/29 | J | | |
| 218. -ML Fundamental Growth | | | | | Sell | 5/17 | J | A | |
| 219. -ML International Value Fund | | | | | Buy | 3/29 | J | | |
| 220. -ML International Value Fund | | | | | Sell | 5/17 | J | | Loss |
| 221. -ML Eurofund Cl | | | | | Buy | 3/29 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Jr., Walter D | 08/16/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -ML Eurofund Cl | | | | | Sell | 5/17 | J | | Loss |
| 223. -ML Muni Interm Term Fund | | | | | Buy | 3/29 | J | | |
| 224. -ML Muni Interm Term Fund | | | | | Sell | 5/17 | J | A | |
| 225. -ML Basic Value Fund Cl | | | | | Buy | 3/29 | J | | |
| 226. -ML Basic Value Fund Cl | | | | | Sell | 5/17 | J | | Loss |
| 227. -ML Value Opp Fund Cl | | | | | Buy | 3/29 | J | | |
| 228. -ML Value Opp Fund Cl | | | | | Sell | 5/17 | J | | Loss |
| 229. -ML Municipal Bond Fund | | | | | Buy | 3/29 | J | | |
| 230. -ML Municipal Bond Fund | | | | | Sell | 5/17 | J | A | |
| 231. -ML Muni Bond National Cl | | | | | Buy | 3/29 | J | | |
| 232. -ML Muni Bond National Cl | | | | | Sell | 5/17 | J | A | |
| 233. -ML Pacific Fund Cl | | | | | Buy | 3/29 | J | | |
| 234. -ML Pacific Fund Cl | | | | | Sell | 5/17 | J | | Loss |
| 235. -ML Small Cap Growth Fund | | | | | Buy | 5/11 | J | | |
| 236. -ML Small Cap Growth Fund | | | | | Sell | 5/17 | J | | Loss |
| 237. -ML Small Cap Growth Fund | | | | | Sell | 9/15 | J | A | |
| 238. -ML Large Cap Core Fund Cl | | | | | Buy | 5/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | | S =Assessment | | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Jr., Walter D | 08/16/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -ML Large Cap Core Fund Cl | | | | | Sell | 5/20 | J | A | |
| 240. ML Large Cap Core Fund Cl | | | | | Sell | 9/15 | J | A | |
| 241. -ML Fundamental Growth | | | | | Buy | 5/11 | J | | |
| 242. -ML Fundamental Growth | | | | | Sell | 5/20 | J | A | |
| 243. -ML Fundamental Growth | | | | | Sell | 9/15 | J | A | |
| 244. -ML International Value Fund Cl | | | | | Buy | 5/11 | J | | |
| 245. -ML International Value Fund Cl | | | | | Sell | 5/20 | J | | Loss |
| 246. -ML International Value Fund Cl | | | | | Sell | 9/15 | J | A | |
| 247. -ML Eurofund Cl | | | | | Buy | 5/11 | J | | |
| 248. -ML Eurofund Cl | | | | | Sell | 5/20 | J | | Loss |
| 249. -ML Eurofund Cl | | | | | Sell | 9/15 | J | A | |
| 250. -ML Muni Interm Term Fund | | | | | Buy | 5/11 | J | | |
| 251. -ML Muni Interm Term Fund | | | | | Sell | 5/20 | J | A | |
| 252. -ML Muni Interm Term Fund | | | | | Sell | 9/15 | J | A | |
| 253. -ML Basic Value Fund Cl | | | | | Buy | 5/11 | J | | |
| 254. -ML Basic Value Fund Cl | | | | | Sell | 5/20 | J | A | |
| 255. -ML Basic Value Fund Cl | | | | | Sell | 9/15 | J | | Loss |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Colunm C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Jr., Walter D | 08/16/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. -ML Value Opp Fund Cl | | | | | Buy | 5/11 | J | | |
| 257. -ML Value Opp Fund Cl | | | | | Sell | 5/20 | J | | Loss |
| 258. -ML Value Opp Fund Cl | | | | | Sell | 9/15 | J | A | |
| 259. -ML Municipal Bond Fund | | | | | Buy | 5/11 | J | | |
| 260. -ML Municipal Bond Fund | | | | | Sell | 5/20 | J | A | |
| 261. -ML Municipal Bond Fund | | | | | Sell | 9/15 | J | | Loss |
| 262. -ML Muni Bond National Cl | | | | | Buy | 5/11 | J | | |
| 263. -ML Muni Bond National Cl | | | | | Sell | 5/20 | J | A | |
| 264. -ML Muni Bond National Cl | | | | | Sell | 9/15 | J | A | |
| 265. -ML Pacific Fund Cl | | | | | Buy | 5/11 | J | | |
| 266. -ML Pacific Fund Cl | | | | | Sell | 5/20 | J | | Loss |
| 267. -ML Pacific Fund Cl | | | | | Sell | 9/15 | J | A | |
| 268. -ML Small Cap Growth Fund | | | | | Buy | 10/14 | J | | |
| 269. -ML Small Cap Growth Fund | | | | | Sell | 11/10 | J | A | |
| 270. -ML Large Cap Core Fund Cl | | | | | Buy | 10/14 | J | | |
| 271. -ML Large Cap Core Fund | | | | | Sell | 11/10 | J | A | |
| 272. -ML Fundamental Growth | | | | | Buy | 10/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. -ML Fundamental Growth | | | | | Sell | 11/10 | J | A | |
| 274. -ML International Value Fund Cl | | | | | Buy | 10/14 | J | | |
| 275. -ML International Value Fund Cl | | | | | Sell | 11/10 | J | | Loss |
| 276. -ML Eurofund Cl | | | | | Buy | 10/14 | J | | |
| 277. -ML Eurofund Cl | | | | | Sell | 11/10 | J | A | |
| 278. -ML Muni Interm Term Fund | | | | | Buy | 10/14 | J | | |
| 279. -ML Muni Interm Term Fund | | | | | Sell | 11/10 | J | | Loss |
| 280. -ML Basic Value Fund Cl | | | | | Buy | 10/14 | J | | |
| 281. -ML Basic Value Fund Cl | | | | | Sell | 11/10 | J | | Loss |
| 282. -ML Value Opp Fund Cl | | | | | Buy | 10/14 | J | | |
| 283. -ML Value Opp Fund Cl | | | | | Sell | 11/10 | J | A | |
| 284. -ML Municipal Bond Fund | | | | | Buy | 10/14 | J | | |
| 285. -ML Municipal Bond Fund | | | | | Sell | 11/10 | J | | Loss |
| 286. -ML Muni Bond National Cl | | | | | Buy | 10/14 | J | | |
| 287. -ML Muni Bond National Cl | | | | | Sell | 11/10 | J | | Loss |
| 288. -ML Pacific Fund Cl | | | | | Buy | 10/14 | J | | |
| 289. -ML Pacific Fund Cl | | | | | Sell | 11/10 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Jr., Walter D | 08/16/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. -ML Large Cap Core Fund Cl | | | | | Sell | 10/12 | J | A | |
| 291. -ML Small Cap Growth Fund | | | | | Sell | 12/07 | J | A | |
| 292. -ML Large Cap Core Fund Cl | | | | | Sell | 12/07 | J | A | |
| 293. -ML Fundamental Growth | | | | | Sell | 12/07 | J | A | |
| 294. -ML International Value Fund Cl | | | | | Sell | 12/07 | J | A | |
| 295. -ML Eurofund Cl | | | | | Sell | 12/07 | J | A | |
| 296. -ML Muni Interm Term Fund | | | | | Sell | 12/07 | J | Loss | |
| 297. -ML Basic Value Fund Cl | | | | | Sell | 12/07 | J | A | |
| 298. -ML Value Opp Fund Cl | | | | | Sell | 12/07 | J | A | |
| 299. -ML Municipal Bond Fund | | | | | Sell | 12/07 | J | Loss | |
| 300. -ML Muni Bond National Cl | | | | | Sell | 12/07 | J | Loss | |
| 301. -ML Pacific Fund Cl | | | | | Sell | 12/07 | J | A | |
| 302. 401(k) #3 | C | Dividend | K | T | | | | | |
| 303. -Vanguard Wellesley Income Fund | | | | | Sell | 2/25 | J | A | |
| 304. -Vanguard 500 Index Fund | | | | | Sell | 2/25 | J | A | |
| 305. -Vanguard Small-Cap Index Fund | | | | | Sell | 2/25 | J | Loss | |
| 306. -ML Retirement Reserves | | | | | Buy | 3/29 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Jr., Walter D | 08/16/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. -Fidelity Adv Div Intl Fund | | | | | Buy | 3/29 | J | | |
| 308. -Fidelity Adv Div Intl Fund | | | | | Sell | 9/16 | J | A | |
| 309. -Eaton Vance Floating Fund | | | | | Buy | 3/29 | J | | |
| 310. -Pimco Real Return Bond Fund | | | | | Buy | 3/29 | J | | |
| 311. -Blcakrock Sm Cap Grth Equity Port Fund | | | | | Buy | 3/29 | J | | |
| 312. -Oppenheimer Developing Markets Fund | | | | | Buy | 3/29 | J | | |
| 313. -Oppenheimer Developing Markets Fund | | | | | Sell | 9/16 | J | A | |
| 314. -Loomis Sayles Bond Fund | | | | | Buy | 3/29 | J | | |
| 315. -Loomis Sayles Bond Fund | | | | | Buy | 9/16 | J | | |
| 316. -ML Aggrgte Bd Index Fund | | | | | Buy | 3/29 | J | | |
| 317. -Hartford Capital Appreciation Cl Fund | | | | | Buy | 3/29 | J | | |
| 318. -Hartford Capital Apprecialtion Cl Fund | | | | | Buy | 9/16 | J | | |
| 319. -MFS Value Fund Cl | | | | | Buy | 3/29 | J | | |
| 320. -MFS Value Fund Cl | | | | | Sell | 9/16 | J | A | |
| 321. -Columbia Marsico Focused Eqty Fund (fka Nations Marsico) | | | | | Buy | 3/29 | J | | |
| 322. -Victory Diversified Stock Fund | | | | | Buy | 3/29 | J | | |
| 323. -Victory Diversified Stock Fund | | | | | Buy | 9/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. -Calvert Income Fund Com | | | | | Buy | 3/29 | J | | |
| 325. -FPA New Income Inc. Fund | | | | | Buy | 3/29 | J | | |
| 326. -FPA New Income Inc. Fund | | | | | Sell | 9/16 | J | | Loss |
| 327. -Royce Penn Mut Fund | | | | | Buy | 3/29 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

American New Perspective Fund and American Small Cap World Fund were erroneously listed in Trust #5 and Trust #3 on my 2004 Annual Report. These two funds should have only been listed under Trust #3 in my 2004 Annual Report. Accordingly, they will not be listed under Trust #5 this 2005 Annual Report.

ML Intl Equity Fund listed in IRA #2 changed names to ML Intl Value Fund in August, 2004. This name change should have been listed on my 2004 Annual Report. Instead both funds were listed individually.

ML Small Cap Value Fund listed in IRA #2 changed names to ML Value Opp Fund in July, 2004. This name change should have been listed on my 2004 Annual Report. Instead both funds were listed individually.

SouthTrust Bank Account listed in LLC #2 was closed in 2004 and should have been listed as such in my 2004 Annual Report.

Note Receivable (American Recovery Services) was erroneously listed in LLC #2 on my 2004 Annual Report. It should have been listed under LLC #1 and will be listed as such in this 2005 Annual Report.

Accounts Receivable was erroneously listed in LLC #1 on my 2004 Annual Report. It should have been listed under LLC #2 and will be listed as such in this 2005 Annual Report.

Note Receivable (Willaim C. McKnew) was erroneously listed in LLC #1 on my 2004 Annual Report. It should have been listed under LLC #2 and will be listed as such in this 2005 Annual Report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____   Date   **8/16/06**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544